## SRIGLEY v. WETHERELL ET AL.

PRACTICE IN THE SUPREME COURT: APPEAL.

*Appeal from Hamilton District Court.*

FRIDAY, OCTOBER 22.

*Hyatt & Lee* and *G. B. Pray*, for plaintiff.

No appearance for defendants.

DAY, J.—This purports to be an appeal upon the part of the plaintiff from the ruling of the court rejecting evidence offered in support of plaintiff's claim for damages upon an attachment bond.

. There is no abstract, but merely a statement by plaintiff's attorneys of the facts of the case. This statement does not show that any notice of appeal has been served.

There is no appearance for the defendants. Under these circumstances we cannot entertain jurisdiction of the appeal. The cause must be stricken from the docket.

---

## BLACKBURN v. BRINK.

PRACTICE IN THE SUPREME COURT.

*Appeal from Greene Circuit Court*

FRIDAY, OCTOBER 22.

ACTION upon an account for work to recover $28.18. The action was brought, originally, before a justice of the peace. Judgment was rendered against the plaintiff for costs. An appeal was taken by the plaintiff to the Circuit Court, where a motion was made by the defendant to dismiss the appeal, which motion was sustained. Afterward the plaintiff made a motion, based upon four grounds, to set aside the order of dismissal and reinstate the case, which motion the court overruled. The plaintiff appeals.

*Potter & Church*, for appellant.

No appearance for appellee.

ADAMS, CH. J.—The case is certified as involving the determination of a question of law upon which it is desirable to have the opinion of the Supreme Court, but the certificate is insufficient, as it does not show what the question is. Rule 12 of the Rules of Court. The appeal, therefore, must be

DISMISSED.